UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
COURT FILE NO.: 13-CV-00711 (DWF/JJG)

Jennifer Gil,

    Plaintiff,

v.

Screening Reports, Inc.,

    Defendant.

**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE**

Whereas Defendant has not served an Answer and has not served a Motion for Summary Judgment, Plaintiff, through her undersigned counsel, HEREBY GIVES NOTICE that, pursuant to the settlement between Plaintiff and Defendant, this action is hereby voluntarily dismissed with prejudice by Plaintiff, pursuant to Fed. R. Civ. P. 41(a)(1).

Dated:  7/22/13

**GOOLSBY LAW OFFICE, LLC**

By:  s/John H. Goolsby
John H. Goolsby, #0320201
2701 University Avenue SE, Suite 209
Minneapolis, MN 55414
Telephone: (612) 331-8700
jgoolsby@goolsbylawoffice.com
**Attorney for Plaintiff**