UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Jennifer Gil,                                                     Civil No. 13-711 (DWF/JJG)

              Plaintiff,

v.                                                           **ORDER FOR DISMISSAL**
                                                                        **WITH PREJUDICE**

Screening Reports, Inc.,

              Defendant.

Based upon the Notice of Voluntary Dismissal With Prejudice filed by the Plaintiff on July 22, 2013, (Doc. No. [4]),

**IT IS HEREBY ORDERED** that this action is **DISMISSED WITH PREJUDICE** and on the merits, without costs or disbursements to any party.

Dated: July 23, 2013                           s/Donovan W. Frank
                                                 DONOVAN W. FRANK
                                                 United States District Judge